UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) |
| *Plaintiffs,* | ) Case No.   1:17-cv-24444 ) ) |
| v. | ) ) |
| RYAN ZINKE, in his official capacity as Secretary of the Interior, et al., | ) ) ) |
| *Defendants.* | ) ) |

**PLAINTIFFS CENTER FOR BIOLOGICAL DIVERSITY, TROPICAL AUDUBON SOCIETY, MIAMI PINE ROCKLANDS COALITION, AND SOUTH FLORIDA WILDLANDS ASSOCIATION' NOTICE OF FILING EXHIBITS**

Please take notice that the undersigned has filed Exhibits 7-23 to Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction, Supporting Memorandum of Law, and Request for hearing.

These exhibits are served electronically using the CM/ECF system.

December 8, 2017

Respectfully submitted,

  */s/ Jaclyn Lopez*
JACLYN LOPEZ, Trial Counsel
FL Bar No. 96445
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (727) 490-9190
Fax: (520) 623-9797
jlopez@biologicaldiversity.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2017, I electronically filed the foregoing Form A Notice of Conventional Filing with the Clerk of the Court by using the CM/ECF system, which served all counsel of record registered with CM/ECF system for this case.

    */s/ Jaclyn Lopez*
JACLYN LOPEZ, FL Bar No. 96445
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (727) 490-9190
Fax: (520) 623-9797
jlopez@biologicaldiversity.org
*Attorney for Plaintiffs*
*Center for Biological Diversity, et al.*