UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24444-UU

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    Plaintiffs,

v.

RYAN ZINKE, *et al.*,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction (D.E. 4), the accompanying declarations, and any opposition thereto, the arguments of counsel and the entire record in this action:

The Court finds that (1) Plaintiffs, at least, have shown a substantial likelihood of prevailing on the merits of their claims alleging procedural errors in the issuance of the ITP and the Coral Reef Commons EA associated with permit number TE15009C-0; (2) Plaintiffs will suffer immediate and irreparable injury arising from the destruction of the pine rocklands, and the loss of threatened and endangered species that depend on such habitat for their survival absent issuance of this TRO; (3) if the requested relief is not granted, the harm suffered by Plaintiffs will exceed the harm suffered by Defendants and the Permit Applicant from delay; and (4) the public interest favors the entry of such an order.

It is therefore:

ORDERED AND ADJUDGED that Defendants' approvals for Coral Reef Commons project Permit Number TE15009C-0 and the associated Coral Reef Commons Habitat

Conservation Plan, Incidental Take Permit, Biological Opinion, and Environmental Assessment—are hereby stayed.  It is further

ORDERED AND ADJUDGED that Defendants and their respective officers, agents, servants, employees, attorneys, and persons acting in concert or participation with them are enjoined from authorizing any activities at the Project site.  It is further

ORDERED AND ADJUDGED that, in accordance with Fed. R. Civ. P. 65(c) and *Nat. Res. Def. Council v. Morton*, 337 F. Supp. 167, 169 (D.D.C. 1971), this temporary restraining order shall be effective upon Plaintiffs' giving a security in the amount of $1 by depositing that amount with the Clerk of the Court.  It is further

ORDERED AND ADJUDGED that, in accordance with Fed. R. Civ. P. 65(b), this temporary restraining order SHALL EXPIRE twelve (14) days after entry upon the docket (that is, on December 22d, 2017), unless extended for good cause shown.  It is further

ORDERED AND ADJUDGED that  Plaintiffs SHALL serve their complaint, their motion and supporting exhibits, and this Order on Defendants forthwith.

## **PRELIMINARY INJUNCTION HEARING**

It is further

ORDERED AND ADJUGED that each Defendant shall APPEAR before this Court on **December 20, 2017 at 9:30 A.M.** in the Courtroom of Magistrate Judge John J. O'Sullivan to SHOW CAUSE, if there is any reason why this Court should not enter a preliminary injunction, enjoining the violations of law alleged in Plaintiffs' Complaint, and imposing such additional relief as may be appropriate.  It is further

ORDERED AND ADJUDGED that Defendants SHALL file with the Court and serve on Plaintiffs' counsel any answering affidavits, pleadings, motions, expert reports or declarations,

and/or legal memoranda no later than seven (7) days prior to the hearing on Plaintiffs' request for preliminary injunction.  It is further

ORDERED AND ADJUDGED that  Plaintiffs may file responsive or supplemental pleadings, materials, affidavits, or memoranda with the Court and serve the same on counsel for Defendants no later than three (3) days prior to the preliminary injunction hearing.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of December, 2017, at time:
1:15PM.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf