UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24444-CIV-UNGARO/O'SULLIVAN

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,,

    Plaintiffs,

v.

RYAN ZINKE, *et al.*,

    Defendants.

_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this **8th** day of December, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge  William C. Turnoff  .

Copies of this Order shall be served on all pending parties of record by United States Mail. All documents for filing this case shall carry the following case number and designation:

17-cv-24444-Ungaro/Turnoff          .

BY ORDER of the Court this    8    day of December, 2017.

CLERK OF COURT

BY: Valerie Kemp
        Deputy Clerk

Copies furnished to:
U.S. District Court Judge Ungaro
All Counsel of Record