UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:17-24444-CIV-UNGARO/Turnoff

CENTER FOR BIOLOGICAL DIVERSITY,
*et al.*,

    Plaintiffs,

v.

RYAN ZINKE, *et al.*,

    Defendants.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

**THIS CAUSE** came before the Court for status conference on December 15, 2017, at which several matters were addressed. These matters were referred to the undersigned by the Honorable Ursula Ungaro, United States District Court Judge for the Southern District of Florida. (ECF No. 18). The following serves to memorialize the rulings made in open court.

First, the undersigned granted three pro hac vice motions, for which a separate order has been entered. (ECF No. 43).

Second, the undersigned **GRANTED** the Motion to Intervene (ECF No. 25), as it was unopposed. The intervenors are to file joint pleadings amongst themselves and with the remaining Defendants where possible.

Third, the undersigned scheduled the hearing on the preliminary injunction for **January 3, 2018, at 9:30 a.m.** Upon good cause shown, the terms of the temporary restraining order shall remain in effect. All briefing on pertinent issues shall be filed on or before **December 22, 2017, at 2:00 p.m.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of December 2017.

_____
**WILLIAM C. TURNOFF**
**United States Magistrate Judge**