AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:





**70163560000118978695**

**Add Name**

**Delivered:**
WASHINGTON, DC 20240 on
December 12, 2017 at 12:59 pm

**Expected Delivery on:**
Tuesday, December 12, 2017
by 8:00pm

## Additional Information

Your item was delivered to an individual at the address at 12:59 pm on December 12, 2017 in WASHINGTON, DC 20240.

**Get Text and Email Updates**

## Tracking History

**December 12, 2017**
**12:59 pm**
Delivered, Left with Individual,
WASHINGTON, DC 20240

**December 12, 2017**
**7:08 am**
Arrived at Unit,
WASHINGTON, DC 20018

**December 11, 2017**
**12:13 pm**
In Transit to Destination,
On its way to WASHINGTON, DC 20240

**December 10, 2017**
**12:13 pm**
In Transit to Destination,
On its way to WASHINGTON, DC 20240

**December 9, 2017**
**6:13 am**
Departed USPS Facility,
TAMPA, FL 33630

**December 9, 2017**

Detail

**12:39 am**
Arrived at USPS Origin Facility,
TAMPA, FL 33630

---

**December 8, 2017**
**4:38 pm**
USPS in possession of item,
SAINT PETERSBURG, FL 33701

---

**Remove from Tracking**