AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



⊙ **ALERT:** GET POST OFFICE™ HOLIDAY HOURS, DEADLINES, AND TIPS, PLUS MAIL SERVICE ALERTS FOR CALIFORNIA, US VIRGIN ISLANDS AND PUERTO RICO. READ MORE

Quick Tools

# USPS Tracking®

**Tracking** | FAQs

**Track Another Package** +

**Tracking Number:** 70163560000118978855

Remove ☐

Your item was picked up at a postal facility at 9:34 am on December 19, 2017 in MIAMI, FL 33101.

## Status

☑ **Delivered**

December 19, 2017 at 9:34 am
DELIVERED, INDIVIDUAL PICKED UP AT POSTAL FACILITY
MIAMI, FL 33101

**Get Updates** ☐

**Delivered**

**Text & Email Updates** ☐

**Tracking History** ☐

**Product Information** ☐