UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-24444-UU

CENTER FOR BIOLOGICAL DIVERSITY;
TROPICAL AUDUBON SOCIETY; MIAMI PINE
ROCKLANDS COALITION; and SOUTH
FLORIDA WILDLANDS ASSOCIATION,

        Plaintiffs,

vs.

RYAN ZINKE, in his official capacity as Secretary
of the U.S. Department of Interior; U.S.
DEPARTMENT OF THE INTERIOR; U.S. FISH
AND WILDLIFE SERVICE; GREG SHEEHAN, in
his official capacity as Principal Deputy Director of
the U.S. Fish and Wildlife Service; and JIM
KURTH, in his official capacity as Deputy Director
for Operations and Acting Director of U.S. Fish and
Wildlife Service.

        Defendants.

_____/

**NOTICE OF FILING DECLARATIONS IN SUPPORT OF INTERVENOR-
PERMITEES' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Please take notice that Intervenor-Permittees, Coral Reef Retail, LLC, Coral Reef RESI

PH 1, LLC, and RAMDEV LLC, hereby give notice of filing the following declarations in

support of their response in opposition to Plaintiffs' motion for temporary restraining order

and/or preliminary injunction:

    1.     Declaration of Elizabeth Meeks, dated January 3, 2018.

    2.     Declaration of Kerry-Ann Wilson, dated January 3, 2018.

    3.     Declaration of Churchill Lee Roberts IV, dated January 3, 2018.

GUNSTER
*Counsel for Intervenor Coral Reef*
George S. LeMieux, FBN 16403
Luna E. Phillips, FBN 63673
Jonathan H Kaskel, FBN 52718
600 Brickell Avenue, Suite 3500
Miami, Florida  33131
Telephone:  305-376-6000
Facsimile:  305-376-6010
glemieux@gunster.com
lphillips@gunster.com
jkaskel@gunster.com


By:  /s/  Jonathan H Kaskel
        Jonathan H Kaskel FBN: 52718

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2018, the foregoing was filed using the Court's CM/ECF system and served via email or transmission of Notices of Electronic Filing generated by CM/ECF to all counsel by the Court's CM/ECF system.

By: /s/ Jonathan H Kaskel

## SERVICE LIST

*Counsel for Plaintiffs*

**Elise Pautler Bennett, Esq.**
**Jaclyn Lopez, Esq.**
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Telephone: (727) 490-9190
Fax: (520) 623-9797
ebennett@biologicaldiversity.org
jlopez@biologicaldiversity.org

**John Peter Rose, Esq.**
Center for Biological Diversity
660 S. Figueroa Street, Suite 1000
Los Angeles, CA 90017
Telephone: 213-785-5406
Email: jrose@biologicaldiversity.org

**Paul Joseph Schwiep, Esq.**
Coffey Burlington, P.L.
2601 S Bayshore Drive, Penthouse
Miami, FL 33133
305-858-2900
Fax: 305-858-5261
Email: pschwiep@coffeyburlington.com

*Counsel for Defendants*

**Mark Arthur Brown, Esq.**
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0204
Facsimile: (202) 305-0275
mark.brown@usdoj.gov

**Lucinda J. Bach, Esq.**
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, DC 20004
Tel: (202) 616-9663
Lucinda.bach@usdoj.gov

*Of Counsel for Defendants*

**Vicki Mott, Esq.**
U.S. Department of the Interior
Office of the Regional Solicitor
Southeast Region
75 Ted Turner Drive SW, Suite 304
Atlanta, GA 30303
Telephone: 404-331-0722 (x233)
vicki.mott@sol.doi.gov

# Declaration 1

## Declaration of Elizabeth Meeks

I, Elizabeth Meeks, hereby declare as follows:

1.  The facts set forth in this declaration are based on my personal knowledge and experience.  If called as a witness, I could and would testify competently to these facts.

2.  I am a design associate at Kimley-Horn, a national planning and engineering firm engaged by Permittees, Coral Reef Retail LLC, Coral Reef RESI PH 1 LLC and RAMDEV LLC in connection with the development of Coral Reef Commons.

3.  Kimley-Horn prepared the boundaries and shaded regions in the attached and maps and aerial photographs using a digital design program called AutoCAD and a photograph editing tool called Photoshop.  The use of these computer programs is common and accepted in my profession.

4.  The shaded regions and descriptions in the first attached image fairly and accurate depict the locations and areas identified therein during the permitting process.

5.  The yellow and green boundaries in the second attached image were prepared using a survey of the Coral Reef Commons property prepared by the well-established South Florida land planning and surveying firm Schwebke Shiskin.  The green lines fairly and accurately depict the preserve areas for the Coral Reef Commons project.  The yellow lines fairly and accurately depict the border of the on-site property for the Coral Reef Commons project.

I declare under penalty of perjury that the foregoing is true and correct and was executed

on January 3, 2018, in Indian River County, Florida.


/s/      Elizabeth Meeks

1



3



# Declaration 2

## Declaration of Kerry-Ann Wilson

I, Kerry-Ann Wilson, hereby declare as follows:

1.  The facts set forth in this declaration are based on my personal knowledge and experience.  If called as a witness, I could and would testify competently to these facts.

2.  I work for Ram Realty Advisors as Director of Development and worked on behalf of the Permittees, Coral Reef Retail LLC, Coral Reef RESI PH 1 LLC and  RAMDEV LLC in pursuing the Incidental Take Permit from the U.S. Fish and Wildlife Service. As a result of my work, I am very familiar with the Coral Reef Commons Property.

3.  The first attached photograph and map fairly and accurately depicts the conditions and state of the Coral Reef Commons Property during the permitting process.

4.  The second attached photograph fairly and accurately depicts the current conditions and state of the Coral Reef Commons property. The boundaries and shading in the second attached image were created by Kimley-Horn, a national planning and engineering firm.

5.  The third image is an rendering of the future preserves on the Coral Reef Commons property. The site plan overlaying the rendering in the third attached image fairly and accurately depicts the site plan for the Coral Reef Commons Project.

I declare under penalty of perjury that the foregoing is true and correct and was executed on January 3, 2018, in Miami-Dade County, Florida.


/s/      Kerry-Ann Wilson                              

1





6



# Declaration 3

## Declaration of Churchill Lee Roberts IV

I, Churchill Lee Roberts IV, hereby declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge and experience. If called as a witness, I could and would testify competently to these facts.

2. I have been the lead ecologist working on the Coral Reef Commons project. I have worked on the Coral Reef Commons project since 2014 when I was retained by the Permittees, Coral Reef Retail LLC, Coral Reef RESI PH 1 LLC and RAMDEV LLC, to assist in discussions with the U.S. Fish and Wildlife Service.

3. In my role as lead ecologist, I have been responsible for developing and drafting the Coral Reef Commons Habitat Conservation Plan (HCP) and am very familiar with the Coral Reef Commons Property.

4. The first two attached images are part of the HCP and fairly and accurately depict the Coral Reef Commons property and the surrounding properties on the date identified in the images. The remainder of the attached photographs, which were submitted to the U.S. Fish and Wildlife Service during the subject permitting process, fairly and accurately depict the conditions and state of the Coral Reef Commons Property during the permitting process.

I declare under penalty of perjury that the foregoing is true and correct and was executed on January 3, 2018, in Miami-Dade County, Florida.

/s/ _____

1



Richmond Pine Rockland Tract
Property Ownership and Pine Rocklands

Miami-Dade County, Florida

JOHNSON
ENGINEERING

6941 SW 196TH AVE
SUITE 32
PEMBROKE PINES, FL 33332
PHONE (954) 626-0123
E.B. #642 & L.B. #642

| DATE | PROJECT NO. | FILE NO. | SCALE | SHEET |
|------|-------------|----------|-------|-------|
| April 2015 | 20149839-000 | -- | As Shown | Figure 2-1 |





11





13



14





16



17





19









23



24



25

