UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24444-UU

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    Plaintiffs,

v.

RYAN ZINKE, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion to Shorten the Time Period for Filing Objections and Responses to Objections to the Magistrate Judge's Report and Recommendation (D.E. 77) (the "Motion").

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 77) is DENIED. The motion may be renewed once the Report and Recommendation is issued.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th__ day of January, 2018.

                                           _____
                                           UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf