UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24444-UU

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    Plaintiffs,

v.

RYAN ZINKE, *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Leave to File Consolidated Reply to Responses in Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (D.E. 91).

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 91) is GRANTED.  It is further

ORDERED AND ADJUDGED that pursuant to the Notice of Striking Plaintiffs' previous motion for leave to file a consolidated reply (D.E. 90), Plaintiff's previous motion (D.E. 89) is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _22d_ day of February, 2018.

*/s/ Ursula Ungaro*
_____
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf