## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24444-UU

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

      Plaintiffs,

v.

RYAN ZINKE, *et al.*,

      Defendants.

_____/

## <u>ORDER</u>

THIS CAUSE comes before the Court upon Plaintiff's Objections to Magistrate Judge's Omnibus Order Deeming Moot Motion to Strike Declaration (D.E. 97) (the "Objections").

THE COURT has considered the Objections, the pertinent portions of the record and is otherwise fully advised in the premises.

On February 14, 2018, after issuing his Report and Recommendation (D.E. 80), Magistrate Judge William C. Turnoff denied as moot Plaintiffs' Motion to Strike part of one of Defendants' declarations (D.E. 52).

Plaintiffs argue that Judge Turnoff improperly denied the motion to strike as moot because he cited the declaration at issue in his Report and Recommendations. *See* D.E. 80 at p. 16. Having reviewed the declaration, the motion to strike, and Judge Turnoff's citation to the declaration, the Court concludes that Plaintiff's Objections are meritless. Judge Turnoff's citation to the declaration is not a finding of fact. Quite the contrary, it seems to be a wholly unnecessary inclusion that does not stand for the proposition for which it is cited. Judge Turnoff found that Plaintiffs presented no evidence that the prescribed fires under the Habitat

Conservation Plan would not occur after development.  He then cited Defendants' declaration saying that the fires would occur.  Whatever Defendants say about the likelihood of proscribed fires occurring is irrelevant to the question of whether Plaintiffs presented evidence necessary to carry their burden to obtain a preliminary injunction.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Objections (D.E. 97) are OVERRULED.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf