UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24444-UU

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    Plaintiffs,

v.

RYAN ZINKE, *et al.*,

    Defendants.
_____/

## JUDGMENT

THIS CAUSE comes before the Court upon Plaintiff's Motion for Preliminary Injunction (D.E. 4) and the Court's Order denying that motion entered concurrently with this Judgment. Pursuant to Federal Rule of Civil Procedure 54 and 58(a), and 28 U.S.C. § 1292(a)(1), the Court now enters this separate judgment. It is hereby,

ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf