**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO. 1:17-cv-24444-UU**

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    *Plaintiffs,*

    v.

RYAN ZINKE, in his official capacity as Secretary of the U.S. Department of the Interior; *et al.*,

    *Defendants*,

and

CORAL REEF RETAIL, LLC, *et al.*,

    *Intervenor Defendants.*

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFFS' DISPOSITIVE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs Center for Biological Diversity, Tropical Audubon Society, Miami Pine Rocklands Coalition, and South Florida Wildlands Association, through undersigned counsel, hereby move this Court for an extension of time through and including May 4, 2018, to file Plaintiffs' Motion for Summary Judgment. Defendants would then file their cross-motions/responses June 1. This motion is unopposed. In further support of this motion, Plaintiffs state as follows:

1. On March 16, 2018, following an initial planning and scheduling conference, the Court ordered Plaintiffs to file their Motion for Summary Judgment by Friday, April 13, 2018, and Defendants to file their combined Responses and Cross-Motions for Summary Judgment by Friday May 11, 2018. ECF 107.

1

2. On March 26, 2018, a death in the family of lead counsel for the Plaintiffs, Amy Atwood, required her to be out of the office for a week, after which she was out with an illness that prevented her from working.

3. Due to their respective schedules, Plaintiffs' Motion for Summary Judgment requires the participation of Ms. Atwood, who is taking a lead role in drafting the Plaintiffs' memorandum of law. Due to her unavailability, Plaintiffs are unable to submit the motion on Friday, April 13.

4. Counsel for Federal Defendants indicated during conference on this Motion that an extension of three weeks (21 days) would avoid a scheduling conflict between the date for Federal Defendants' reply and counsel's previously scheduled leave.

5. This is Plaintiffs' first request for an extension of time.

6. Plaintiffs' request for a stay or an extension is made in good faith and not for the purpose of delay.

Based on the foregoing, Plaintiffs respectfully request that the Court grant this unopposed motion for extension of time and allow Plaintiffs to have up to and including May 4, 2018, to file their Motion for Summary Judgment, and allow Defendants to file their cross-motions/responses on June 1, 2018.

## CERTIFICATE OF GOOD FAITH CONFERENCE AND NON-OPPOSITION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), I hereby certify that counsel for the movant has attempted to confer with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion.

In conferring on this motion, counsel for Federal Defendants did not object but requested that Plaintiffs request a three week (21 day) extension to avoid existing conflicts with filing of Federal Defendants' reply should the Court grant Plaintiffs an extension. Counsel for Intervenor-Defendants Coral Reef Retail, LLC, and University of Miami do not object.

/ / /

/ / /

DATED this 9th day of April 2017.

Respectfully submitted,

COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse
Miami, Florida  33133
Telephone:     (305) 858-2900
Facsimile:      (305) 858-5261


By:    s/    Paul J. Schwiep
Paul J. Schwiep, FBN 823244
PSchwiep@CoffeyBurlington.com
**Secondary:**     YVB@CoffeyBurlington.com
**Tertiary:**       service@CoffeyBurlington.com

Jaclyn Lopez, FBN 96445
JLopez@BiologicalDiversity.org
Elise Pautler Bennett, FBN 106573
EBennett@BiologicalDiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
Post Office Box 2155
St. Petersburg, Florida  33731
Telephone:     (727) 490-9190 (J Lopez)
Telephone:     (727) 755-6950 (E Bennett)
Facsimile:      (520) 623-9797

Amy R. Atwood, Esq. *(*admitted *pro hac vice)*
Atwood@BiologicalDiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
Post Office Box 11374
Portland, Oregon  97211
Telephone:     (971) 717-6401
Facsimile:      (503) 283-5528

John Peter Rose *(*admitted *pro hac vice)*
JRose@BiologicalDiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
660 South Figueroa Street, Suite 1000
Los Angeles, California  90017
Telephone:     (213) 785-5406
Facsimile:      (213) 785-5748

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 9, 2018 I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

s/   Paul J. Schwiep

| Service List ||
|---|---|
| **George S. LeMieux, Esq.**<br>GLemieux@gunster.com<br>**Angel A. Cortiñas, Esq.**<br>ACortinas@gunster.com<br>**Luna E. Phillips, Esq.**<br>LPhillips@gunster.com<br>**Jonathan H. Kaskel, Esq.**<br>JKaskel@gunster.com<br>GUNSTER<br>600 Brickell Avenue, Suite 3500<br>Miami, Florida  33131<br>Telephone:   (305) 376-6000<br>Facsimile:    (305) 376-6010<br>Secondary:    NSalazar@gunster.com<br>                        JBuck@gunster.com<br><br>*Counsel for Intervenor Defendants Coral Reef Retail, LLC, Coral Reef RESI PH 1, LLC, and RAMDEV LLC* | **Martin J. Alexander, Esq.**<br>Martin.Alexander@hklaw.com<br>**Rafe Petersen, Esq.** *(admitted pro hac vice)*<br>Rafe.Petersen@hklaw.com<br>**Aaron Heishman, Esq.** *(admitted pro hac vice)*<br>Aaron.Heishman@hklaw.com<br>HOLLAND & KNIGHT<br>701 Brickell Avenue, #3300<br>Miami, Florida  33131<br>Telephone:   (305) 374-8500<br>Secondary:   Carmen.Ramsey@hklaw.com<br><br>*Counsel for Intervenor Defendants Coral Reef Retail LLC, Coral Reef RESI PH1 LLC and RAMDEV LLC* |
| **Mark Arthur Brown**<br>Senior Trial Attorney<br>Mark.Brown@usdoj.gov<br>U.S. Department of Justice<br>Environmental and Natural<br>   Resources Division<br>Wildlife and Marine Resources Section<br>Post Office Box 7611<br>Washington, D.C.  20044-7611<br>Telephone:   (202) 305-0204<br>Facsimile:    (202) 305-0275<br><br>**Lucinda J. Bach**<br>Trial Attorney<br>Lucinda.Bach@usdoj.gov<br>U.S. Department of Justice<br>Environmental and Natural<br>   Resources Division<br>Natural Resources Section<br>601 D Street, NW<br>Washington, D.C.  20044<br>Telephone:   (202) 616-9663<br><br>*Counsel for Federal Defendants* | **Mark A. Salky, Esq.**<br>salkym@gtlaw.com<br>**Eva M. Spahn, Esq.**<br>spahne@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>333 Southeast 2 Avenue, Suite 4400<br>Miami, Florida  33131<br>Telephone:   (305) 579-0500<br>Facsimile:    (305) 579-0717<br>Secondary:    burkek@gtlaw.com<br>                        FLService@gtlaw.com<br>                        cryzm@gtlaw.com<br><br>*Counsel for University of Miami* |

| | |
|---|---|
| **Vicki Mott**<br>Attorney-Advisor<br>Vicki.Mott@sol.doi.gov<br>U.S. Department of the Interior<br>Office of the Regional Solicitor<br>Southeast Region<br>75 Ted Turner Drive SW, Suite 304<br>Atlanta, Georgia  30303<br>Telephone:   (404) 331-0722 x233<br><br>*Of Counsel for Federal Defendants* | |