**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:17-cv-24444-UU**

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    *Plaintiffs,*

    v.

RYAN ZINKE, *et al.*,

    *Defendants*.

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs respectfully inform the Court of the attached decision issued this week by the Fourth Circuit Court of Appeals in *Sierra Club v. United States DOI,* Nos. 18-1082, 18-1083, 2018 U.S. App. LEXIS 21708 *(*4th Cir. Aug. 6, 2018). In *Sierra Club*, the Fourth Circuit vacated the Fish and Wildife Service's (FWS) incidental take statement as it failed to show that establishing a numeric take limit was impractical, did not establish a causal link between the project and the habitat selected, and the surrogate limits were too vague to be enforceable. *Id.* at *1.

The Fourth Circuit's ruling is instructive for resolving Plaintiffs' motion for summary judgment—specifically, relevant to the following issue: that FWS's use of the habitat functional assessment instead of surveys resulted in an unlawful incidental take statement which failed to numerically estimate take. *See* Pl.'s Mot. Summ. J. Mem. 7-8 (Doc. No. 117).

DATED this 8th day of August, 2018.

1

Respectfully submitted,

Paul J. Schwiep, FBN 823244
PSchwiep@CoffeyBurlington.com
**Secondary:** YVB@CoffeyBurlington.com
**Tertiary:** service@CoffeyBurlington.com
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse
Miami, Florida  33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261


   s/  *Amy R. Atwood*
Jaclyn M. Lopez, FBN 96445
JLopez@BiologicalDiversity.org
Elise Pautler Bennett, FBN 106573
EBennett@BiologicalDiversity.org
Amy R. Atwood, Esq. *(*admitted *pro hac vice)*
CENTER FOR BIOLOGICAL DIVERSITY
Post Office Box 2155
St. Petersburg, Florida  33731
Telephone: (727) 490-9190 (J Lopez)
Telephone: (727) 755-6950 (E Bennett)
Telephone: (971) 717-6401 (A Atwood)
Facsimile: (520) 623-9797


*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.


      *s/   Paul J. Schwiep*

| Service List ||
|---|---|
| **George S. LeMieux, Esq.**<br>GLemieux@gunster.com<br>**Angel A. Cortiñas, Esq.**<br>ACortinas@gunster.com<br>**Luna E. Phillips, Esq.**<br>LPhillips@gunster.com<br>**Jonathan H. Kaskel, Esq.**<br>JKaskel@gunster.com<br>GUNSTER<br>600 Brickell Avenue, Suite 3500<br>Miami, Florida  33131<br>Telephone:   (305) 376-6000<br>Facsimile:    (305) 376-6010<br>Secondary:   NSalazar@gunster.com<br>                JBuck@gunster.com<br><br>*Counsel for Intervenor Defendants Coral Reef Retail, LLC, Coral Reef RESI PH 1, LLC, and RAMDEV LLC* | **Martin J. Alexander, Esq.**<br>Martin.Alexander@hklaw.com<br>**Rafe Petersen, Esq.** *(admitted pro hac vice)*<br>Rafe.Petersen@hklaw.com<br>**Aaron Heishman, Esq.** *(admitted pro hac vice)*<br>Aaron.Heishman@hklaw.com<br>HOLLAND & KNIGHT<br>701 Brickell Avenue, #3300<br>Miami, Florida  33131<br>Telephone:   (305) 374-8500<br>Secondary:   Carmen.Ramsey@hklaw.com<br><br>*Counsel for Intervenor Defendants Coral Reef Retail LLC, Coral Reef RESI PH1 LLC and RAMDEV LLC* |
| **Mark Arthur Brown**<br>Senior Trial Attorney<br>Mark.Brown@usdoj.gov<br>U.S. Department of Justice<br>Environmental and Natural<br>   Resources Division<br>Wildlife and Marine Resources Section<br>Post Office Box 7611<br>Washington, D.C.  20044-7611<br>Telephone:   (202) 305-0204<br>Facsimile:    (202) 305-0275 | |

| | |
|---|---|
| **Lucinda J. Bach**<br>Trial Attorney<br>Lucinda.Bach@usdoj.gov<br>U.S. Department of Justice<br>Environmental and Natural<br>   Resources Division<br>Natural Resources Section<br>601 D Street, NW<br>Washington, D.C.  20044<br>Telephone:   (202) 616-9663<br><br>*Counsel for Federal Defendants*<br><br>**Vicki Mott**<br>Attorney-Advisor<br>Vicki.Mott@sol.doi.gov<br>U.S. Department of the Interior<br>Office of the Regional Solicitor<br>Southeast Region<br>75 Ted Turner Drive SW, Suite 304<br>Atlanta, Georgia  30303<br>Telephone:   (404) 331-0722 x233<br><br>*Of Counsel for Federal Defendants* | |