UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number:  1:17-cv-24444-UU

CENTER FOR BIOLOGICAL DIVERSITY;
TROPICAL AUDUBON SOCIETY;
MIAMI PINE ROCKLANDS COALITION;
and SOUTH FLORIDA WILDLANDS
ASSOCIATION,

    *Plaintiffs,*

        v.

RYAN ZINKE, in his official capacity as
Secretary of the U.S. Department of Interior;
U.S. DEPARTMENT OF THE INTERIOR;
U.S. FISH AND WILDLIFE SERVICE;
GREG SHEEHAN, in his official capacity as
Principal Deputy Director of the U.S. Fish and
Wildlife Service; and JIM KURTH, in his
official capacity as Deputy Director for
Operations and Acting Director of U.S. Fish
and Wildlife Service,

    *Defendants.*

_____/

**FEDERAL DEFENDANTS' RESPONSE TO
PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

    Federal Defendants state as follows in response to Plaintiffs' Notice of Filing Supplemental Authority concerning the decision in *Sierra Club v. United States DOI,* Nos. 18-1082, 18-1083, 2018 U.S. App. LEXIS 21708 (4th Cir. Aug. 6, 2018) ("*Sierra Club*"):

    The *Sierra Club* decision construes the U.S. Fish and Wildlife Service's ("FWS") obligations under Endangered Species Act ("ESA") Section 7 to identify numeric or surrogate triggers for reinitiation of consultation in incidental take statements accompanying biological

opinions. Federal Defendants repeatedly addressed Plaintiffs' arguments concerning similar cases. *See* ECF No. 32 at 12-13; ECF No. 86 at 4-8; ECF No. 121 at 9-11 & ECF No. 134 at 6-7. As this Court previously concluded, because incidental take by the permittees here is authorized through an ESA Section 10 incidental take permit, it is unnecessary for FWS to identify numeric reinitiation triggers in the incidental take statement. ECF No. 13 at 5 ("[T]he Magistrate Judge was correct to agree with Defendants' arguments that pursuant to Section 10, Defendants were not required to quantify independently the amount of incidental take in the Biological Opinion."). Therefore, the reasoning in *Sierra Club* is inapplicable here.

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

Dated August 9, 2018            *s/ Mark Arthur Brown*
MARK ARTHUR BROWN
Florida Bar No. 0999405
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0204
Facsimile: (202) 305-0275
mark.brown@usdoj.gov

LUCINDA J. BACH
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, DC 20004
Telephone: (202) 616-9663

                Lucinda.bach@usdoj.gov

                Counsel for Federal Defendants

Of Counsel for Federal Defendants:

Vicki Mott  
Attorney-Adviser  
U.S. Department of the Interior  
Office of the Regional Solicitor  
Southeast Region  
75 Ted Turner Drive SW, Suite 304  
Atlanta, GA 30303  
Telephone: 404-331-0722 (x233)  
vicki.mott@sol.doi.gov

Linus Chen  
U.S. Department of the Interior  
Office of the Solicitor  
1849 C St., NW  
Washington, DC 20240  
Telephone: (202) 208-5036  
linus.chen@sol.doi.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on August 9, 2018 a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                /s/ *Mark Arthur Brown*  
                MARK ARTHUR BROWN