UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24444-UU

CENTER FOR BIOLOGICAL DIVERSITY, *et al.,*

    *Plaintiffs*,

v.

RYAN ZINKE, etc., *et al.,*

    *Defendants*,

and

CORAL REEF RETAIL, LLC, *et al.,*

    *Intervenor Defendants*.

_____/

## NOTICE OF SETTLEMENT

Plaintiffs and Intervenor-Defendants (the "Settling Parties"), pursuant to S.D. Fla. L.R. 16.4, hereby give notice that: (1) The Settling Parties have reached a full and final settlement of all issues and claims in this case, and (2) As a result of the settlement agreement, the Settling Parties anticipate filing a joint stipulation for dismissal with prejudice with the Federal Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with a request that the Court reserve jurisdiction to enforce the settlement agreement, consider a motion by Plaintiffs to vacate (i) the preliminary injunction order; (ii) the Magistrate's report and recommendation on the preliminary injunction; and (iii) the District Court's Order adopting the Magistrate's report and recommendation, which will be unopposed by Intervenor-Defendants, and in the event Plaintiffs' motion to vacate is denied, to permit the Plaintiffs to seek to recover attorneys' fees and costs from the federal government Defendants.

By: /s/ Martin Alexander
HOLLAND & KNIGHT LLP
Martin Alexander, FBN 346845
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: 305-374-8500
Facsimile: 305-789-7799
martin.alexander@hklaw.com
*Attorneys for Coral Reef Retail, LLC, Coral Reef RESI PH 1, LLC, RAMDEV, LLC*

By: /s/ Paul Schwiep
COFFEY BURLINGTON P.L.
Paul Schwiep, FBN 823244
2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261
pschwiep@coffeyburlington.com
*Attorneys for Plaintiffs*

By: /s/ George LeMieux
GUNSTER
George LeMieux, FBN 16403
Jonathan Kaskel, FBN 52718
600 Brickell Avenue, Suite 3500
Miami, Florida 33131
Telephone: 305-376-6000
Facsimile: 305-376-6010
glemieux@gunster.com
jkaskel@gunster.com
*Attorneys for Coral Reef Retail, LLC, Coral Reef RESI PH 1, LLC, RAMDEV, LLC*

By: /s/ Mark A. Salky
GREENBERG TRAURIG, P.A.
Mark A. Salky, FBN 58221
Eva M. Spahn, FBN 92063
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
salkym@gtlaw.com
spahne@gtlaw.com
*Attorneys for the University of Miami*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, the foregoing was filed using the Court's CM/ECF system and served via email or transmission of Notices of Electronic Filing generated by CM/ECF to all counsel of record by the Court's CM/ECF system.

By: Jonathan H Kaskel
    Jonathan H Kaskel, FBN 52718