UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 1:17-cv-24444-UU

CENTER FOR BIOLOGICAL DIVERSITY,
*et al.*,

    *Plaintiffs,*

        v.

RYAN ZINKE, *et al.*,

    *Defendants.*

_____/

## ORDER VACATING ECF 80 AND 103

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Vacate the Report and Recommendation and the Order Adopting (D.E. 145). The intervenor defendants do not oppose the motion and the federal defendants take no position.

The Court has weighed the equities as set forth in *Hartford Cas. Ins. Co. v. Crum & Forster Specialty Ins. Co.*, 828 F.3d 1331 (11th Cir. 2016), and finds that vacatur is appropriate. The settlement provides substantial benefits to the parties, the public, and the Court. The parties have agreed to further ecological improvements on the land as well as a financial contribution to a county conservation program. Additionally, the harm to the public by the loss of precedent will be minimal. The report and recommendation and the order adopting it were made without the benefit of the full administrative record and on an expedited basis. Their applicability, therefore, outside the unique procedural posture of this case is limited. For these reasons, it is hereby

ORDERED AND ADJUDGED that pursuant to the Fed. R. Civ. P. 60(b)96), the Court VACATES the Magistrate Judge's Report and Recommendation on Plaintiffs' Motion for Preliminary Injunction (ECF 80) and this Court's March 13, 2018 Order Adopting Magistrate Judge's Report and Recommendation and denying Plaintiffs' motion for a preliminary injunction (ECF 103).

**DONE AND ORDERED** this _19th__ day of September, 2018 at Miami, Florida.

                                                                                  _____
                                                                                  URSULA UNGARO
                                                                                  UNITED STATES DISTRICT JUDGE

Cc:  all counsel of record